■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS ALLEN, Appellant. [929 NYS2d 786]—

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Mastro, Eng, Lott and Sgroi, JJ., concur.